## UNITED STATES BANKRUPTCY COURT
## FOR THE
## WESTERN DISTRICT OF KENTUCKY

| | | |
|---|---|---|
| In Re: | ) | Case No: 21-30999 |
| **Manuel Stewart II** | ) | Chapter 13 |
| | ) | |
| | ) | |
| **Debtor** | ) | |

## MOTION TO MODIFY CONFIRMED PLAN

Debtor, by counsel, hereby moves the Court to modify Debtor's Chapter 13 plan, and in support thereof, state as follows:

1. The Plan was originally confirmed as a 50% Plan scheduled for 60 months with payments of $1400.00 monthly. Per Order of this Court entered on October 16, 2024, the Plan was modified to a 100% plan with payments of $1,650.00 monthly for the remainder of the Plan.

2. Debtor's plan will not pay out in the remaining months because Debtor is delinquent on his plan payments due to repairs which needed to be performed on his home.

3. Debtor requests to increase the remaining plan payments to $2,230.00 monthly, beginning with the payment due for February 2025, in order for Debtor's plan to pay out on time.

4. Debtor proposes to make his plan payments by wage deduction in the amount of $2,230.00 monthly. Debtor is currently working for the University of Texas and requests that a modified wage deduction be sent to his employer. Said address will be provided to the Chapter 13 Trustee's office.

5. Debtor requests that the arrears be waived and that the plan be deemed current.

6. Attorney for Debtor is requesting an award of $200.00 in attorney fees for the time spent preparing and filing this motion as she was not the original attorney of record when this case was filed.

WHEREFORE, the Debtor requests that his Chapter 13 plan be modified to allow the foregoing changes.

Date: January 7, 2024          Respectfully submitted:

/s/ Tracy L. Hirsch
Tracy L. Hirsch
Hirsch Law PLLC
8011 New LaGrange Rd #4
Louisville, KY 40222
(502) 365-2772
(888) 640-3210
thirsch.bkatty@gmail.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Motion to Modify Confirmed Plan on this 7th day of January 2024 was forwarded to William Lawrence, Trustee, and all interested parties pursuant to the local rules relating to ECF and service of documents filed herein.

Respectfully submitted:

/s/ Tracy L. Hirsch