# UNITED STATES BANKRUPTCY COURT
# FOR THE
# WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| In Re: ) | Case No: 21-30999 |
| Manuel Stewart II ) | Chapter 13 |
| ) | |
| ) | |
| Debtor ) | |

___

## ORDER ON MOTION TO MODIFY PLAN

The Debtor, by counsel, having filed a Motion to Modify, and the Court being sufficiently advised;

**IT IS HEREBY ORDERED AND ADJUDGED** that the Debtor's plan is hereby modified to increase the Debtors' remaining plan payment to $2,230.00 monthly beginning with the payment due for February 2025 and that Debtor will pay $2,230.00 monthly via wage deduction.

**IT IS FURTHER ORDERED AND ADJUDGED** that any arrears owed by Debtor are hereby waived and that Debtor's plan is deemed current.

**IT IS FINALLY ORDERED AND ADJUDGED** that attorney for Debtor is awarded $200.00 in attorney fees to be distributed as an administrative expense at the earliest distribution.

Respectfully submitted:

/s/Tracy L Hirsch
Tracy L. Hirsch
8011 New LaGrange Road., Suite 4
Louisville, Kentucky 40222
(502) 365-2772
(888) 640-3210