# UNITED STATES BANKRUPTCY COURT

## Western District of Kentucky

| | |
|---|---|
| IN RE:<br>Manuel Stewart, II<br><br>Debtor(s) | Case No.:21−30999−acs<br><br>Chapter: 13<br>Judge: Alan C. Stout |

# NOTICE

TO THE DEBTOR(S) AND ALL PARTIES IN INTEREST:

Please be advised that the following matter has been Entered by the Court on this date:

Motion to Modify Plan to Increase plan payment and resolve plan arrears. Filed by Debtor Manuel Stewart II. Objections due by 01/28/2025. Any objection must be typewritten and in proper pleading form as required by Federal and Local Rules. (Attachments: # 1 Proposed Order # 2 Budget) (Hirsch, Tracy)


Dated: 1/7/25

| | |
|---|---|
| By:<br>Deputy Clerk | FOR THE COURT<br>Elizabeth H. Parks<br>Clerk, U.S. Bankruptcy Court |